BURR, PEASE & KURTZ
810 N Street
Anchorage, AK  99501-3293
Telephone: (907) 276-6100
Fax No.: (907) 258-2530

Attorneys for Bank of America NA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KARY BRINSON,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>BANK OF AMERICA NA, and Does 1 to 10,<br><br>　　　　　　Defendant(s). | Case No. 3:12-00169 CI |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Bank of America, N.A. (sued erroneously as Bank of America, N.A., a limited partnership) hereby moves the court for an order dismissing each of the claims asserted in plaintiff's complaint against defendant pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED:   October 1, 2012

　　　　　　　　　　　　　　　　　BURR, PEASE & KURTZ
　　　　　　　　　　　　　　　　　Attorneys for Bank of America NA


　　　　　　　　　　　　　　　　　By ____/s/ Nelson G. Page_____
　　　　　　　　　　　　　　　　　　　Nelson G. Page
　　　　　　　　　　　　　　　　　　　Alaska Bar # 7911121

Motion to Dismiss Plaintiff's Complaint
Brinson v. Bank of America, Case No. 3:12-00169 CI
Page 1 of 2                                                                                                1926-11/ # 117281

Case 3:12-cv-00169-JWS   Document 8   Filed 10/01/12   Page 1 of 2

CERTIFICATE OF SERVICE

I certify that on the 1st day of October, 2012, a copy of the foregoing pleading was served electronically on Paul H. Bratton:

      /s/ Nelson G. Page

Motion to Dismiss Plaintiff's Complaint
Brinson v. Bank of America, Case No. 3:12-00169 CI
Page 2 of 2

1926-11/ # 117281