**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

KARY BRINSON,
        Plaintiff,

Case Number 3:12-cv-00169 JWS

v.

BANK OF AMERICA, N.A., a
limited partnership,
        Defendant.        **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT Defendant's Motion to Dismiss is GRANTED.

APPROVED:

   s/ JOHN W. SEDWICK
United States District Judge

_____
Date: January 15, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                    Marvel Hansbraugh,
                                      Clerk of Court

[]{JMT2.WPT*Rev.3/03}